```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
OSEN LLC,                                                               :
                                                                        :
                              Plaintiff,                                :
                                                                        :           19-CV-6867 (JPC)
              -v-                                                       :
                                                                        :            NOTICE OF
UNITED STATES CENTRAL COMMAND,                                          :           REASSIGNMENT
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  In particular, the Order entered by Judge Katherina Polk Failla, U.S. District Court Judge, dated February 4, 2020 (Dkt. 19), remains in effect.  The Government remains expected to process 500 pages every two months and should promptly update the Court if it increases the processing rate for any of the cases listed in its January 24, 2020 letter (Dkt. 15).

      In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5)

whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: October 13, 2020
       New York, New York

                              JOHN P. CRONAN
                           United States District Judge