UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :
OSEN LLC,                              :

              Plaintiff,             :
                              :      19 Civ. 6867 (JPC)
     -v-                          :
                              :      <u>ORDER</u>
UNITED STATES CENTRAL COMMAND,  :

             Defendant.        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case was reassigned to the undersigned on September 29, 2020.  On October 13, 2020, the Court issued a Notice of Reassignment, clarifying that the Order entered by the Honorable Katherine Polk Failla remains in effect.  Dkt. 26; *see* Dkt. 19.

       The parties are hereby ORDERED to submit a joint letter, no later than June 14, 2021, describing the status of the Government's production.

       SO ORDERED.

Dated: June 1, 2021
      New York, New York

                                                 JOHN P. CRONAN
                                      United States District Judge