

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 22, 2022

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

   Re: *Osen LLC v. United States Central Command*, 19 Civ. 6867 (JPC)

Dear Judge Cronan:

  Having reviewed plaintiff's memorandum of law in opposition to CENTCOM's motion for summary judgment and in support of plaintiff's cross-motion for summary judgment, I write respectfully to request a three-month stay of briefing on the parties' cross-motions to permit the government to reprocess certain records and for the parties to continue discussions about narrowing the issues in dispute or resolving the litigation. Plaintiffs join in this request which is the parties' first request for a stay of briefing.[1]

  Since plaintiff filed its motion and opposition papers several weeks ago, the government has reviewed the disputed withholdings, and the parties have had detailed discussions by telephone about the documents at issue. The government has now decided to reprocess certain records for some of the disputed redactions, which will, at a minimum, narrow the open issues for the Court's resolution. Given the volume of documents to be reprocessed, the government estimates that reprocessing will take several months. During this time, the parties plan to continue their discussions about potential additional narrowing of the issues in dispute or consensual resolution of suit entirely.

  In light of this agreement, the parties respectfully request as follows: (1) that the operative briefing schedule on the parties' cross-motions for summary judgment, ECF No. 43, be stayed without date; and (2) that the parties file a status report in three months, or October 24, 2022, addressing the progress of CENTCOM's reprocessing and whether additional time for reprocessing or discussions, or further litigation, is needed.

---

[1] The parties have previously requested three extensions of the briefing schedule, *see* ECF Nos. 38, 40, 42, which the Court granted, *see* ECF Nos. 39, 41, 43.

Honorable John P. CronanPage 2
July 22, 2022

    We thank the Court for considering this request.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

                By: PETER ARONOFF
                */s/ Peter Aronoff*
                Assistant U.S. Attorney
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                Tel.: (212) 637-2697
                Fax: (212) 637-2717
                Email: peter.aronoff@usdoj.gov

                *Counsel for Defendant*

                OSEN LLC

                By: */s/ Michael Radine*
                Michael Radine
                Dina Gielchinsky
                190 Moore St., Suite 272
                Hackensack, NJ 07601
                Telephone: (201) 265-6400

                *Counsel for Plaintiff*

The request is granted.  Summary judgment briefing is stayed *sine die*, and the parties shall file a joint status letter addressing the progress of reprocessing and the status of the case by October 24, 2022.

SO ORDERED
Date: July 25, 2022_____
New York, New YorkJOHN P. CRONAN
United States District Judge